THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RALPH GRIECO, Appellant.

(Submitted October 1, 1934; decided October 3, 1934.)

*Howard B. Donaldson, District Attorney,* for motion.
*Melvin F. Kinkley,* opposed.

Motion denied and case set down for argument on November 26, 1934. If not ready at that time, or no further extension is granted, the appeal will be dismissed.